UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION
CIVIL ACTION NO. 4:19-cv-168

PAMELA TAYLOR AND DAVID
TAYLOR,

    Plaintiffs,

v.

UNIVERSAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

**NOTICE OF REMOVAL**

Please take notice that Defendant, Universal Property and Casualty Insurance Company, by and through the undersigned counsel, hereby remove this action from the Superior Court of New Hanover, North Carolina, to the United States District Court for the Eastern District of North Carolina.

## I.    NATURE OF ACTION

1. On October 15, 2019, Pamela Taylor and David Taylor (Plaintiffs) filed in the Superior Court of New Hanover County, North Carolina, a Complaint against the Defendant alleging Breach of Implied Covenant of Good Faith and Fair Dealing, Unfair Claim Settlement Practices pursuant to N.C.G.S. §58-63-15 and Unfair and Deceptive Trade Practices pursuant to N.C.G.S. §75-1.1.

## II.    NOTICE OF REMOVAL IS TIMELY

2. On or about October 16, 2019, the Chief Financial Officer of Florida was served with a copy of the Summons and Complaint. On or about on October 24, 2019 the Summons and

Complaint was then delivered to Defendant's registered agent. On or about October 28, 2019 the Defendant was served with and received the Summons and Complaint

3. Pursuant to 28 U.S.C. § 1445(b), this Notice of Removal is timely as it was filed within 30 days of service of process on the Defendant. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …" 28 U.S.C. § 1446(b) (1996).

### III.  FEDERAL JURISDICTION EXISTS

4. Pursuant to 28 U.S.C. § 1331, as set forth below, the District Court has original jurisdiction over this civil action as it arises under the Constitution, laws, or treaties of the United States. *See,* 28 U.S.C. § 1331 (2005).

5. As stated in 28 U.S.C. § 1441(a), cases that are subject to removal include "any civil action brought in a State court of which the district courts of the United States have original jurisdiction..." 28 U.S.C. § 1441(a) (2002).

6. Plaintiff's Complaint is brought alleging Unfair and Deceptive Trade Practices and Unfair Claim Settlement Practices.

7. Federal court jurisdiction to hear §15 U.S.C. 45 cases exists under the federal question jurisdiction statute, 28 U.S.C. § 1331. *See, Front Royal and Warren County Industrial park Corp. v. Town of Front Royal*, 135 F.3d 275, 278 (4th Cir. 1998). Accordingly, this Court has federal jurisdiction over this civil action.

### IV.  REMOVAL TO THIS DISTRICT IS PROPER

8. Venue is proper in the United States District Court for the Eastern District of North Carolina because the Superior Court of New Hanover County, North Carolina sits within this federal district. *See,* 28 U.S.C. § 1446(a); 28 U.S.C. § 1391(a) (2002).

## V.     CONSENT AND REMOVAL REQUIREMENTS

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served to date upon all the parties in this matter are attached hereto as Exhibit A.

10. Only one Defendant is named, so consent of all Defendants is achieved

11. This Notice of Removal will be promptly served on Plaintiffs, and a notice of its filing will be promptly filed with Clerk of the Superior Court of New Hanover County, North Carolina, pursuant to 28 U.S.C. § 1446(d).

## VI.     RESERVATION OF RIGHTS

12. Defendant hereby reserves any and all rights to assert any defenses to Plaintiff's Complaint.

13. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant, by and through the undersigned counsel, hereby give notice that the above-entitled matter has been timely removed to this Court.

This the 26th day of November, 2019.

        s/ John T. Jeffries_____
        JOHN T. JEFFRIES
        Bar No: 22134
        Attorney for Universal Property and
        Casualty Insurance Company
        McAngus Goudelock & Courie, PLLC
        Post Office Box 30307
        Charlotte, North Carolina 28230
        (704) 643-6303
        jjeffries@mgclaw.com

# CERTIFICATE OF SERVICE

I hereby certify on November 26th 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF systems, and further that a copy of the foregoing document was served upon all counsel of record by depositing a copy of the same in an official depository of the U.S. Mail in a postage-paid envelope addressed as follows:

> William G. Wright
> Shipman & Wright, L.L.P.
> 575 Military Cutoff Road, Suite 106
> Wilmington, North Carolina 28405
> Attorney for Pamela Taylor and David Taylor

s/ John T. Jeffries_____<br>
JOHN T. JEFFRIES